# UNITED STATES of America, Plaintiff–Appellee,

v.

# Rodolfo Rivas PEREZ, Defendant–Appellant.

## No. 09–50067.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 22, 2010.

Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

ed by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

James H. Locklin, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Rodolfo Rivas Perez appeals from the 30–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Rivas Perez contends that the district court erred when it applied a 16–level enhancement pursuant to U.S.S.G. § 2L1.2 because his prior conviction for lewd acts with a child under 14 years of age, in violation of California Penal Code § 288(a), does not qualify as a crime of violence. This contention is foreclosed by *United States v. Medina–Villa,* 567 F.3d 507, 511–16 (9th Cir.2009).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

638

2000) (remanding sua sponte to delete the reference to § 1326(b)).

Rivas Perez's petition for initial hearing en banc is denied.

**AFFIRMED; REMANDED to correct judgment.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.